

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-18-00534-CR

Steven Ryan **NEVILS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 548755
Honorable Jason Roland Garrahan, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 9, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice